In the Matter of the Application of WARREN COMMERCIAL REFRIGERATOR SALES CORP. for an Order Pursuant to Article 78 of the Civil Practice Act against MARTHA BYRNE, as Register of New York County.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

FORTUNE GALLO v. UNIVERSAL ART, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

T. I. B. CORP. v. " SAM " A. REPETTO, First Name Fictitious, Party Intended Now Residing at 3130-20 Kingsbridge Avenue, New York City, True Name Being SYLVESTER REPETTO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FLORINDO S. POLO v. JOSEPH PITMAN and JAMES PITMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOSEPH MELVILLE v. MELVILLE MEN'S WEAR, INC., and IRVING FERMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JULIA MACALPINE HAMM v. THE CHRISTIAN HERALD CORPORATION and Others, Impleaded with JAMES C. PENNEY and Others.— Motion for reargument denied, with ten dollars costs.  Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ALFRED W. COOPER and Others v. NEW AMSTERDAM CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MICHAEL LAROCCA, as Administrator, etc., of JOSEPH LAROCCA, Deceased, v. JOHN HANCOCK MUTUAL LIFE INSURANCE Co.— Motion for leave to appeal to the Court of Appeals granted.  [See ante, p. 260.]  Motion for reargument denied. Motion for a stay granted on appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act.  Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH NEMEROV v. UNITED SHIPYARDS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act.  Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

J. HARRIS WARTHMAN, as Trustee under Section 77B of the Bankruptcy Act of the Estate of LA FRANCE INDUSTRIES, Debtor, v. MANUFACTURERS TRUST COMPANY and Others.— Motion granted.  Order resettled and filed.  Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.